3:25-mj-329

DISTRICT OF OREGON, ss:				AFFIDAVIT OF JOHN MARSHALL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, John Marshall being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Deportation Officer (DO) with the Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations (DHS/ICE/ERO) and have been so employed since 2015. My current assignment is with the Prosecutions Team under the Criminal Apprehension Program in Portland, Oregon. I am responsible for conducting criminal and administrative investigations into violations of Federal Immigration Law and related statutes. I have been employed by the Department of Homeland Security (DHS) for over ten years. I am a graduate of the U.S. Immigration and Customs Enforcement Basic Academy in Brunswick, Georgia where I received training in immigration enforcement, interviewing techniques, arrest procedures, arrest and search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. I have also completed advanced training at the Field Operations Training Program and the Field Operations Training Program-Prosecutions Module at the Federal Law Enforcement Training Center in Charleston, South Carolina.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Jonathan NUNEZ-Castro for committing the crime of illegal reentry in violation of 8 U.S.C. § 1326(a). As set forth below, there is probable cause to believe, and I do believe, that Jonathan NUNEZ-Castro, illegal reentry in violation of 8 U.S.C. § 1326(a).

/ / /

/ / /

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4. Title 8, United States Code, Section 1326(a) establishes a crime for "any alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding" who "thereafter enters, attempts to enter, or is at any time found in, the United States, unless [ ] prior to his re-embarkation at a place outside the United States . . ., the Attorney General has expressly consented to such alien's reapplying for admission."

## Statement of Probable Cause

5. I have reviewed the electronic records for Alien Registration File Number AXXXXXX027 and automated criminal records (FBI: XXXX9MCP5; SID: ORXXXX1056) relating to NUNEZ-Castro, and attest to the following:

    (a) NUNEZ-Castro is an approximately thirty-seven- year-old male, native and citizen of Venezuela, who last entered the United States illegally by crossing the international border on an unknown date and at an unknown

        location, without first having obtaining consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

    (b) NUNEZ-Castro's Alien Registration File records indicate that he was served a Notice and Order of Expedited Removal in Brownsville, Texas and then deported from the United States to Mexico from Hidalgo, Texas on or about August 25, 2023.

6. On July 15, 2025, ICE received a biometric-based alert due to contact with an Oregon law enforcement agency by NUNEZ-Castro due to being stopped and charged with Driving Under the Influence of Intoxicants, Reckless Driving, and Recklessly Endangering. I conducted records checks and found records of prior violations of administrative and criminal law attributed to NUNEZ-Castro.

7. I received a copy of NUNEZ-Castro's Alien Registration file and conducted a review of his immigration history. Those records indicate that NUNEZ-Castro's first encounter with Immigration officials happened on August 18, 2023, near Brownsville, Texas by United States Border Patrol and was served a Notice and Order of Expedited Removal.

8. NUNEZ-Castro was served a Notice and Order of Expedited Removal on August 22, 2023. NUNEZ-Castro was subsequently removed via afoot from the United States to Mexico on August 25, 2023, through the Hidalgo, Texas Point of Entry (POE), pursuant to a lawful order of removal.

9. In total, my review of the Alien Registration file for NUNEZ-Castro confirmed he had been formally removed from the United States once, as listed below:

- August 25, 2023

Page 3 – Affidavit of John Marshall

During my electronic queries of electronic records of the United States Department of Homeland Security (DHS) and my physical review of the copy of NUNEZ-Castro's Alien Registration file, I did not locate any indication that he ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to re-enter the United States, which would be indicated on a valid form I-212, *Application for Permission to Reapply for Admission into the United States After Deportation or Removal*.

10. As noted above, on July 15, 2025, I encountered NUNEZ-Castro due to receiving a biometric match to due to contact with an Oregon law enforcement agency after having been arrested for Driving Under the Influence of Intoxicants, Reckless Driving, and Recklessly Endangering. NUNEZ-Castro's fingerprints were found to be a match to fingerprints corresponding to his criminal and immigration records and prior removal. I understand that NUNEZ-Castro was in the custody of the Clatsop County jail in Astoria, Oregon.

## Conclusion

11. Based on the foregoing, I have probable cause to believe, and I do believe, that Jonathan NUNEZ-Castro illegally re-entered the United States following his removal, in violation of 8 U.S.C. § 1326(a). I therefore request that the Court issue a criminal complaint and arrest warrant for Jonathan NUNEZ-Castro.

/ / /

/ / /

/ / /

**Page 4 – Affidavit of John Marshall**

12.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicholas Meyers, who advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

<u>By phone pursuant to Fed. R. Crim. P. 4.1</u>
John Marshall / Deportation Officer
Department of Homeland Security
Immigration and Customs Enforcement
Enforcement and Removal Operations

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:18 p.m. on November 5, 2025.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

Page 5 – Affidavit of John Marshall